# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DANIEL DUCHARME,**

    **Petitioner,**

v.                                  Case No. 3:15cv075-LC/CAS

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## ORDER

    This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated March 10, 2017 (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a de novo determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Daniel Ducharme pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DENIED**. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

3. The Clerk shall enter judgment and close the file.

**DONE AND ORDERED** on this 13th day of April, 2017.

*s/ L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**